## CARLETON v. BYINGTON.

*Appeal from Johnson District Court—Friday, April 22.*

DOUBTS RESOLVED IN FAVOR OF APPEAL—COMPUTATION OF TIME,

Motion to dismiss appeal, on the ground that it was not taken within one year after the decree was made by the court below, the appellee contending that the decree was entered November 6th, 1862, and the notice of appeal was served on November 7th, 1863.

PER CURIAM.—The record is uncertain, but we are inclined to believe that the report of the referee was filed on November 6th, and decree thereon entered on November 7th. Where there is doubt the presumption is that the appeal was taken in time. In computing the time in which an appeal may be taken, the day upon which the judgment or decree was entered is excluded, and the corresponding day in the year following is included.

Motion overruled.

*Robinson* and *Patterson* for the motion.